# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

INCORP SERVICES, INC., *et al.*,

    Plaintiffs,

v.

NEVADA STATE CORPORATE NETWORK, INC., *et al.*,

    Defendants.

Case No. 2:07-CV-01014-KJD-PAL

**ORDER**

On September 30, 2007, the Court granted Defendant's Motion to Dismiss (#30) dismissing Count I of the complaint, dismissing the remaining counts without prejudice, and granting Plaintiff thirty days to file an amended complaint that complied with the Court's order (#53). Plaintiff has failed to file an amended complaint or otherwise respond to the order of the Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's complaint is **DISMISSED** in accordance with the Court's previous order (#53);

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants and against Plaintiff on Count I of the complaint.

DATED this 19th day of November 2008.

_____
Kent J. Dawson
United States District Judge