AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                Nevada

Incorp Services, Inc., et al.,

|                                    | **JUDGMENT IN A CIVIL CASE** |

Plaintiffs,

V.

Nevada State Corporate Network, Inc et al.,          Case Number:  2:07-cv-01014-KJD-PAL

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

Judgment for Defendants against Plaintiff on Count 1 of the Complaint.

November 19, 2008                              /s/ Lance S. Wilson

Date                                          Clerk

                                              /s/ Shannon Kirkpatrick

                                              (By) Deputy Clerk